Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA  94612
Telephone:  510-465-1788
Fax:  510-874-7219
E-Mail:  darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN, <br>     Plaintiff, <br><br> vs. <br><br> CHASE HOME FINANCE LLC; <br> EQUIFAX INFORMATION SERVICES, LLC; <br> EXPERIAN INFORMATION SOLUTIONS, INC.; <br> and TRANS UNION LLC <br>     Defendants. | CASE NO. 5:08-cv-01134-PVT <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than Defendant Trans Union, LLC and its parent corporation, Trans Union Corp., there is no other individual or entity known to counsel that has a direct pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

                                                         Respectfully submitted,

                                                         *s/ Darya S. Druch*
                                                         Darya S. Druch, Esq. (CSB #135827)
                                                         One Kaiser Plaza, Suite 480
                                                          Oakland, CA  94612
                                                          Telephone:  510-465-1788

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 5:08-cv-01134-PVT

|   |   |
|---|---|
| | Fax: 510-874-7219 |
| | E-Mail: darya@daryalaw.com |
| | *Local Counsel for Defendant Trans Union, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** has been filed electronically on the **28th day of March, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| William E. Kennedy, Esq. willkennedy@pacbell.net | |

The undersigned further certifies that a true copy of the foregoing **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of March, 2008**, properly addressed as follows:

| **for Defendant Trans Union, LLC**: | **For Plaintiff Gerard Wytman** |
|---|---|
| Alan M. Gill, Esq. | William E. Kennedy |
| Christopher T. Lane, Esq. | Law Office of William E. Kennedy |
| Schuckit & Associates, P.C. | 2797 Park Ave, Suite 201 |
| 30th Floor, Market Tower | Santa Clara, CA 95050 |
| 10 W. Market Street, Suite 3000 | |
| Indianapolis, IN 46204 | |

 

*s/ Darya S. Druch*
Darya S. Druch, Esq. (CSB 135827)
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Telephone: 510-465-1788
Fax: 510-874-7219
E-Mail: darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 5:08-cv-01134-PVT