Roya N. Graziano (State Bar No. 239259)
rgraziano@jonesday.com
Emily Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>           Plaintiff,<br><br>     v.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>           Defendants. | Case No. C-08-01134-PVT<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Complaint Filed: February 26, 2008<br>Trial Date: None Set<br>Judge: Hon. Patricia V. Trumbull |

The undersigned, counsel of record for Experian Information Solutions, Inc., hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.   Parent Companies: The parent company of Experian is Experian Group   Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: March 28, 2008

JONES DAY

By: _____
Roya N. Graziano

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

<u>PROOF OF SERVICE</u>

I, **Kim L. Sarshar** declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On March 28, 2008, I served a copy of the within document:

**ANSWER OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO PLAINTIFF GERARD WYTMAN'S COMPLAINT**

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

William E. Kennedy
Law Office of William E. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Tel:   (408) 241-1000
Fax:   (408) 241-1500

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2008 at Irvine, California.

_____
Kim L. Sarshar

LAI-2940087v1

1

PROOF OF SERVICE