UNITED STATES DISTRICT COURT

Northern District of California

Gerard Wytman

                     Plaintiff(s),

v.

Chase Home Finance, LLC, et al.

                     Defendant(s).

CASE NO. 5:08-cv-01134-PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christopher T. Lane , an active member in good standing of the bar of Indiana whose business address and telephone number (particular court to which applicant is admitted) is

Schuckit & Associates, P.C., 10 W. Market Street, Suite 3000, Indianapolis, IN 46204, tel. 317-363-2400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                                                              _____

                                                                                              United States Magistrate Judge