UNITED STATES DISTRICT COURT

Northern District of California

Gerard Wytman

                Plaintiff(s),

v.

Chase Home Finance, LLC, et al.

                Defendant(s).

CASE NO. 5:08-cv-01134-PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Alan M. Gill, an active member in good standing of the bar of Indiana whose business address and telephone number (particular court to which applicant is admitted) is

Schuckit & Associates, P.C., 10 W. Market Street, Suite 3000, Indianapolis, IN 46204, tel. 317-363-2400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/4/08

_____
United States Magistrate Judge