```
THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD WYTMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC;<br><br>    Defendants. | Case No: C08-01134 PVT<br><br>**DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT** |

NOW COMES Defendant Equifax Information Services LLC ("Equifax"), by its attorneys, and for its answer and defenses to Plaintiff's Complaint, states as follows:

## **JURISDICTION**

1.  To the extent that Plaintiff can maintain this action, which Equifax denies, it admits that jurisdiction is proper in this Court.

5001250
- 1 –
DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

## INTRADISTRICT ASSIGNMENT

2. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint.

## PARTIES

3. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint.

4. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint.

5. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. Equifax admits the allegations in paragraph 6 of the Complaint.

7. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

8. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.

## STATEMENT OF FACTS

9. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint.

10. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint.

12. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.

13. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint.

14. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint.

5001250
- 2 –
DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

15. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint.

16. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

20. Equifax admits that it received a letter from Plaintiff on or about October 10, 2007. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 20 of the Complaint.

21. Equifax denies the allegations in paragraph 21 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 21 of the Complaint.

22. Equifax admits that it received a letter from Plaintiff on or about October 10, 2007. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 22 of the Complaint.

23. Equifax denies the allegations in paragraph 23 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 23 of the Complaint.

24. Equifax denies the allegations in paragraph 24 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 24 of the Complaint.

25. Equifax denies the allegations in paragraph 25 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 25 of the Complaint.

5001250                                                    - 3 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No:  C08-01134 PVT

26. Equifax denies the allegations in paragraph 26 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 26 of the Complaint.

27. Equifax denies the allegations in paragraph 27 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 27 of the Complaint.

28. Equifax denies the allegations in paragraph 28 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 28 of the Complaint.

**FIRST CLAIM OF RELIEF AGAINST EQUIFAX, EXPERIAN AND TRANS UNION**

**(15U.S.C. § 1681e(b))**

29. In response to Paragraph 29 of Plaintiff's Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

30. Equifax denies the allegations in paragraph 30 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 30 of the Complaint.

31. Equifax denies the allegations in paragraph 31 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 31 of the Complaint.

32. Equifax denies the allegations in paragraph 32 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 32 of the Complaint.

33. Equifax denies the allegations in paragraph 33 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 33 of the Complaint.

///

///

5001250
- 4 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT

## SECOND CLAIM FOR RELIEF AGAINST EQUIFAX, EXPERIAN AND TRANS UNION (15 U.S.C. § 1681i)

34. In response to paragraph 34, Equifax reasserts and incorporates its responses to the above paragraphs as though fully set forth herein.

35. Equifax denies the allegations in paragraph 35 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 35 of the Complaint.

36. Equifax denies the allegations in paragraph 36 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 36 of the Complaint.

37. Equifax denies the allegations in paragraph 37 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 37 of the Complaint.

38. Equifax denies the allegations in paragraph 38 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 38 of the Complaint.

## THIRD CLAIM FOR RELIEF AGAINST EQUIFAX, EXPERIAN AND TRANS UNION (CALIFORNIA CIVIL CODE § 1785.14(b))

39. In response to paragraph 39, Equifax reasserts and incorporates its responses to the above paragraphs as though fully set forth herein.

40. Equifax denies the allegations in paragraph 40 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 40 of the Complaint.

41. Equifax denies the allegations in paragraph 41 as they pertain to Equifax. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 41 of the Complaint.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5001250

- 5 –

DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT

1   42.   Equifax denies the allegations in paragraph 42 as they pertain to Equifax. Equifax
2 lacks knowledge or information sufficient to form a belief as to the truth of the remaining
3 allegations in paragraph 42 of the Complaint.

4   43.   Equifax denies the allegations in paragraph 43 as they pertain to Equifax. Equifax
5 lacks knowledge or information sufficient to form a belief as to the truth of the remaining
6 allegations in paragraph 43 of the Complaint.

**FOURTH CLAIM FOR RELIEF AGAINST EQUIFAX, EXPERIAN AND TRANS UNION (CALIFORNIA CIVIL CODE § 1785.16(a) AND (b))**

10   44.   In response to paragraph 44, Equifax reasserts and incorporates its responses to the
11 above paragraphs as though fully set forth herein.

12   45.   Equifax denies the allegations in paragraph 45 as they pertain to Equifax. Equifax
13 lacks knowledge or information sufficient to form a belief as to the truth of the remaining
14 allegations in paragraph 45 of the Complaint.

15   46.   Equifax denies the allegations in paragraph 46 as they pertain to Equifax. Equifax
16 lacks knowledge or information sufficient to form a belief as to the truth of the remaining
17 allegations in paragraph 46 of the Complaint.

18   47.   Equifax denies the allegations in paragraph 47 as they pertain to Equifax. Equifax
19 lacks knowledge or information sufficient to form a belief as to the truth of the remaining
20 allegations in paragraph 47 of the Complaint.

21   48.   Equifax denies the allegations in paragraph 48 as they pertain to Equifax. Equifax
22 lacks knowledge or information sufficient to form a belief as to the truth of the remaining
23 allegations in paragraph 48 of the Complaint.

**FIFTH CLAIM FOR RELIEF AGAINST CHASE**

25   49.   In response to paragraph 49, Equifax reasserts and incorporates its responses to the
26 above paragraphs as though fully set forth herein.

27   50.   Equifax lacks knowledge or information sufficient to form a belief as to the truth
28 of the allegations in paragraph 50 of the Complaint.

5001250                                  - 6 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT

51. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Complaint.

52. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Complaint.

53. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the Complaint.

54. Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the Complaint.

## PRAYER FOR RELIEF

55. Equifax denies that it is liable to plaintiff for any of the forms of relief prayed for in the Complaint.

## DEFENDANT EQUIFAX'S DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

## FIRST DEFENSE

56. The Complaint fails to state facts or claims upon which relief can be granted.

## SECOND DEFENSE

57. Plaintiff is not entitled to injunctive relief under the provisions of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

## THIRD DEFENSE

58. Plaintiff failed to mitigate damages.

## FOURTH DEFENSE

59. Some, or all, of Plaintiff's claims may be barred by applicable statutes of limitation, including 15 U.S.C. § 1681p.

## FIFTH DEFENSE

60. Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

///

5001250

- 7 –

DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

### SIXTH DEFENSE

61. The Complaint is barred by the fault or negligence of other persons or entities and Plaintiff's damages, if any, should be apportioned according to the principles of comparative fault.

### SEVENTH DEFENSE

62. Equifax reserves the right to have additional defenses that it learns of through discovery.

**WHEREFORE,** this answering Defendant prays judgment as follows:

1. That Plaintiff takes nothing by reason of his Complaint on file herein, and that the same be dismissed;
2. For costs of suit and attorney's fees herein; and
3. For such other and further relief as the Court may deem just and proper.

NOKES & QUINN

Dated: May 12, 2008         /s/
THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

5001250

- 8 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX'S ANSWER TO COMPLAINT
Case No: C08-01134 PVT