1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 GERARD WYTMAN,                                 ) Case No: C08-01134 PVT
                                                  )
12                Plaintiffs,                     )
                                                  )
13                                                )
   vs.                                            )
14                                                ) **DEFENDANT EQUIFAX'S**
                                                  ) **CERTIFICATE OF INTERESTED**
15 CHASE HOME FINANCE LLC, EQUIFAX                ) **PARTIES**
   INFORMATION SERVICES, LLC;                     )
16 EXPERIAN INFORMATION SOLUTIONS,                )
   INC.; TRANS UNION, LLC;                        )
17                                                )
                                                  )
18                Defendants.                     )
                                                  )
19                                                )
                                                  )
20                                                )
                                                  )
21                                                )
                                                  )
22                                                )
                                                  )
23

24        Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX

25 INFORMATION SERVICES, LLC, certifies that the following listed parties have a direct,

26 pecuniary interest in the outcome of this case.  These representations are made to enable the

27 Court to evaluate possible disqualification or recusal:

28

- 1 –

EQUIFAX'S CERTIFICATE OF INTERESTED PARTIES
Case No: C08-01134 PVT

1. Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

2. Equifax Inc., a Georgia corporation, and a publicly traded company.

NOKES & QUINN

Dated: May 12, 2008          /s/
THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

EQUIFAX'S CERTIFICATE OF INTERESTED PARTIES
Case No: C08-01134 PVT