1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD WYTMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC;<br><br>    Defendants. | Case No: C08-01134 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

///
///
///
///
///

- 1 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C08-01134 PVT

1  The undersigned party hereby declines to consent to the assignment of this case to a
2  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
3  this case to a United States District Judge.

4  NOKES & QUINN

6  Dated:  March 12, 2008                              /s/
                                                     THOMAS P. QUINN, JR.
7                                                    Attorneys for Defendant EQUIFAX
                                                     INFORMATION SERVICES, LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C08-01134 PVT