JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>　　　　Defendant. | CASE NO.: C08-01134 PVT<br><br>JUDGE:　　Hon. Patricia V. Trumbull<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Local Rule 3-16]<br><br>Action Filed: February 26, 2008 |

　　　Pursuant to Civil Local Rule. 3-16, Chase Home Finance LLC ("Chase") certifies that other than the parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Chase is a wholly owned subsidiary of Chase Home Finance Inc., which is a wholly owned subsidiary of JPMorgan Chase Bank, National Association, which is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of October 7, 2005.

DATED: May 12, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: __/s/ S. Christopher Yoo_____
    S. CHRISTOPHER YOO
    ROCIO HERRERA
    Attorneys for defendant
    CHASE HOME FINANCE LLC

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On May 13, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 13, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

# SERVICE LIST
## Gerard Wytman v. Chase Home Finance LLC, et al.
## USDC, Northern District Case No. C08-01134 PVT

| | |
|---|---|
| William E. Kennedy, Esq.<br>Law Office of William E. Kennedy<br>2797 Park Avenue, Suite 201<br>Santa Clara, CA 95050 | (408) 241-1000-telephone<br>(408) 241-1500-facsimile<br><br>willkennedy@pacbell.net<br><br>**Attorney for Plaintiff, Gerard Wytman** |
| Emily Elaine Booth, Esq.<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA 94104 | (415) 875-5867-telephone<br><br>ebooth@jonesday.com |
| Darya Sara Druch, Esq.<br>Darya Law<br>1 Kaiser Plaza, Suite 480<br>Oakland, CA 94612 | (510) 465-1788-telephone<br>(510) 874-7219-facsimile<br><br>darya@daryalaw.com |
| Alan M. Gill, Esq.<br>Christopher T. Lane, Esq.<br>Schuckit & Associates, P.C.<br>30th Floor Market Tower<br>10 West Market Street, Suite 3000<br>Indianapolis, Indiana 46204 | (317) 363-2400-telephone<br>(317) 363-2257-facsimile<br><br>agill@schuckitlaw.com |
| Roya Nafeie Graziano, Esq.<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614 | (949) 553-7521-telephone<br>(949) 553-7539-facsimile<br><br>royanafeie@aol.com |
| William Eric Kennedy, Esq.<br>2797 Park Ave., #201<br>Santa Clara, CA 95050 | (408) 241-1000-telephone<br>(408) 241-1500-facsimile<br><br>willkennedy@pacbell.net |
| Thomas P. Quinn, Esq.<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651 | (949) 376-3055-telephone<br>(949) 376-3070-facsimile<br><br>tquinn@nokesquinn.com<br><br>**Attorneys for Defendant,<br>Equifax Information Services LLC** |

PROOF OF SERVICE

1052761.1