WILLIAM E. KENNEDY (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff GERARD WYTMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN<br><br>    Plaintiff,<br><br>    vs.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>    Defendants. | ) Case No.:C08 01134 JF<br>)<br>) **PLAINTIFF GERARD WYTMAN'S**<br>) **CERTIFICATION OF INTERESTED**<br>) **ENTITIES OR PERSONS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Patricia Farmer, domestic partner of Gerard Wytman.


DATED:  May 16, 2008                LAW OFFICE OF WILLIAM E. KENNEDY


                        /s/
                    By:    WILLIAM E. KENNEDY
                           Attorney for Plaintiff GERARD WYTMAN

PLAINTIFF GERARD WYTMAN'S CERTIFICATE OF INTERESTED PARTIES
N.D. Calif. Case No.:CV08-01134 JF

1