Roya N. Graziano (State Bar No. 239259)
rgraziano@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>              Defendants. | Case No. C-08-01134-PVT<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**<br><br>Case Management Conference set for June 20, 2008, 10:30 a.m. |

LAI-2949523v1

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Initial Case Management Conference before the Honorable Judge Jeremy Fogel, currently set for June 20, 2008 at 10:30 a.m. via telephone, as follows:

1. It would be unduly burdensome and costly for Experian's counsel to travel from Irvine, California to San Jose, California for the Initial Case Management Conference.

2. The telephonic appearance of Experian's counsel will not prejudice any party and will not hamper the efficient running of the scheduling conference.

3. Plaintiff does not object to Experian's request for consent to appear by telephone.

4. Therefore, Experian respectfully requests leave to allow its counsel to appear at the Initial Case Management Conference via telephone.

Dated: May 21, 2008                         JONES DAY


                                            By: s/ Roya N. Graziano
                                                Roya N. Graziano

                                            Attorneys for Defendant
                                            Experian Information Solutions, Inc.

# CERTIFICATE OF SERVICE

I, Kim L. Sarshar, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614.

I hereby certify that on May 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

John M. Solrich, Esq.
S. Christopher Yoo, Esq.
Rocio Herrera, Esq.
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Corporation, Suite 200
Santa Ana, CA 92707
Tel: (714) 852-6800
E-mail: jsorich@adorno.com
E-mail: cyoo@adorno.com
E-mail: rherrera@adorno.com

*Attorneys for Chase Home Finance LLC*

William E. Kennedy, Esq.
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, CA 95050
Tel: (408) 241-1000
E-mail: willkennedy@pacbell.net

*Attorneys for Gerard Wytman*

Alan M. Gill, Esq.
Christopher T. Lane, Esq.
SCHUCKIT & ASSOCIATES, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, IN 46204
Tel: (317) 363-2400
E-mail: agill@schuckitlaw.com

Darya Sara Druch, Esq.
DARYA LAW
1 Kaiser Plaza, Suite 480
Oakland, CA 94612
Tel: (510) 465-1788
E-mail: darya@daryalaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

1  motion of the party served, service is presumed invalid if postal cancellation date or postage
2  meter date is more than one day after date of deposit for mailing in affidavit.
3      I declare that I am employed in the office of a member of the bar of this court at whose
4  direction the service was made.
5      Executed on May 21, 2008 at Irvine, California.

                                    _____
                                            Kim L. Sarshar

LAI-2949523v1                    2
PROOF OF SERVICE