WILLIAM E. KENNEDY (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff GERARD WYTMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>             Defendants. | Case No.: C08-01134 JF<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

    Counsel report that they have met an conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.

Date of Case Management Conference: June 20, 2008

The following counsel will participate in the ADR phone conference:

| William E. Kennedy | Plaintiff Gerard Wytman | (408) 241-1000 | willkennedy@pacbell.net |
|---|---|---|---|
| S. Christopher Yoo | Defendant Chase Home Finance, LLC | (714) 852-6800 | cyoo@adorno.com |
| Roya N. Graziano | Defendant Experian Information Solutions, Inc. | (949) 851-3939 | rgraziano@jonesday.com |
| Thomas P. Quinn | Defendant Equifax Information Services, LLC | (949) 376-3055 | tquinn@nokesquinn.com |

NOTICE OF NEED FOR ADR PHONE CONFERENCE

1

| Alan M. Gill<br>Christopher Lane | Defendant Trans Union LLC | (317) 363-2400 | agill@schuckitlaw.com |

DATED:  May 23, 2008                     LAW OFFICE OF WILLIAM E. KENNEDY

                                         By:  /s/
                                              WILLIAM E. KENNEDY
                                              Attorneys for Plaintiff GERARD WYTMAN

DATED:  May 23, 2008                     ADORNO ROSS ALVARADO & SMITH

                                         By:  /s/
                                              S. Christopher Yoo
                                              Attorneys for Defendant CHASE HOME
                                              FINANCE LLC

DATED:  May 23, 2008                     JONES DAY

                                         By:  /s/
                                              Roya N. Graziano

                                              Attorneys for Defendant EXPERIAN
                                              INFORMATION SOLUTIONS, INC.

DATED:  May 23, 2008                     NOKES & QUINN

                                         By:  /s/
                                              Thomas P. Quinn, Jr.
                                              Attorneys for Defendant EQUIFAX
                                              INFORMATION SERVICES LLC

DATED:  May 23, 2008                     SCHUCKIT & ASSOCIATES, P.C.

                                         By:  /s/
                                              Alan M. Gill,
                                              Attorney for Defendant TRANS UNION LLC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

2

3  DATED: May 23, 2008                    LAW OFFICE OF WILLIAM E. KENNEDY

4

5                                         By:   /s/
                                                WILLIAM E. KENNEDY
6                                               Attorneys for Plaintiff GERARD WYTMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF NEED FOR ADR PHONE CONFERENCE

3