UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERARD WYTMAN,

          Plaintiff(s),

v.

CHASE HOME FINANCE LLC, EQUIFAX
INFORMATION SERVICES, LLC, EXPERIAN
INFORMATION    Defendant(s).
SOLUTIONS, INC., TRANS UNION LLC

Case No. C08-01134 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/27/08

Dated: 5/30/08

                                       Thomas E. Reardon
                                       Assistant Vice President

[Party] Chase Home Finance LLC

[Counsel] S/ Christopher Yoo, Esq.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On May 29, 2008, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 29, 2008, at Santa Ana, California.

*Rhonda K. White*

# SERVICE LIST
## Gerard Wytman v. Chase Home Finance LLC, et al.
### USDC, Northern District Case No. C08-01134 JF

William E. Kennedy, Esq.
Law Office of William E. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, CA 95050

(408) 241-1000-telephone
(408) 241-1500-facsimile

willkennedy@pacbell.net

**Attorney for Plaintiff, Gerard Wytman**

Emily Elaine Booth, Esq.
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104

(415) 875-5867-telephone
(415) 875-5700-facsimile

ebooth@jonesday.com

**Attorneys for Defendant Experian Information Solutions, Inc.**

Roya Nafeie Graziano, Esq.
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

(949) 553-7521-telephone
(949) 553-7539-facsimile

royanafeie@aol.com

**Attorneys for Defendant Experian Information Solutions, Inc.**

Darya Sara Druch, Esq.
Darya Law
1 Kaiser Plaza, Suite 480
Oakland, CA 94612

(510) 465-1788-telephone
(510) 874-7219-facsimile

darya@daryalaw.com

**Attorneys for Defendant Trans Union, LLC**

Alan M. Gill, Esq.
Christopher T. Lane, Esq.
Schuckit & Associates, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, Indiana 46204

(317) 363-2400-telephone
(317) 363-2257-facsimile

agill@schuckitlaw.com

**Attorneys for Defendant Trans Union, LLC**

Thomas P. Quinn, Esq.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651

(949) 376-3055-telephone
(949) 376-3070-facsimile

tquinn@nokesquinn.com

**Attorneys for Defendant, Equifax Information Services LLC**

PROOF OF SERVICE

1052761.1