UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERARD WYTMAN        Plaintiff(s),

Case No. 5:08-cv-01134-JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

CHASE HOME FINANCE, Defendant(s).
LLC; EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
TRANS UNION, LLC

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/30/08

Dated: 5/30/08

[Party] for Trans Union

[Counsel] ALAN M. GILL, ESQ.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ADR Certification By Parties And Counsel** has been filed electronically on the **2nd day of June, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| William E. Kennedy, Esq. willkennedy@pacbell.net | Roya N. Graziano, Esq. rgraziano@jonesday.com |
| Emily Booth, Esq. ebooth@jonesday.com | Darya S. Druch, Esq. darya@daryalaw.com |
| S. Christopher Yoo, Esq. cyoo@asands.com | John M. Sorich, Esq. jsorich@adorno.com |
| Thomas P. Quinn, Esq. tquinn@nokesquinn.com | |

The undersigned further certifies that a true copy of the foregoing **ADR Certification By Parties And Counsel** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of June, 2008**, properly addressed as follows:

| | |
|---|---|
| **for Defendant Chase Home Finance LLC**: Rocio Herrera, Esq. Adorno Yoss Alvarado & Smith, P.C. 1 MacArthur Place, Suite 200 Santa Ana, CA 92707 | |

 

                                                _s/ Alan M. Gill_
                                                Alan M. Gill, Esq.
                                                 (Admitted _Pro Hac Vice_)
                                                Christopher T. Lane, Esq.
                                               (Admitted _Pro Hac Vice_)
                                               Schuckit & Associates, P.C.
                                               30th Floor, Market Tower
                                               10 W. Market Street, Suite 3000
                                               Indianapolis, IN 46204
                                               Telephone: 317-363-2400
                                               Fax: 317-363-2257
                                               E-Mail: agill@schuckitlaw.com

ADR Certification By Parties And Counsel – 5:08-cv-01134-JF

E-Mail: clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*