FILED
2008 JUN -6 P 1: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Thomas P. Quinn
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

Cara Hergenroether, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5796
Fax: (404) 572-5100
Email: CHergenroether@kslaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD WYTMAN, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC. and CHASE HOME FINANCE, LLC. <br><br> Defendants. | Case No. 5:08-CV-01134-JF <br><br> ***APPLICATION FOR ADMISSION OF CARA HERGENROETHER PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, <u>Cara Hergenroether</u>, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

- 1 -

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3rd, 2008.

By: *Cara Hergenroether*
Cara Hergenroether, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5796
Fax: (404) 572-5100
CHergenroether@kslaw.com
Attorneys for Equifax Information Services LLC

# CERTIFICATE OF SERVICE

GERARD WYTMAN v EQUIFAX, et al, Case No: 5:08-cv-01134 JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On June 4, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF CARA HERGENROETHER PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

**SEE ATTACHED SERVICE LIST**

[ ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

Emily Elaine Booth      ebooth@jonesday.com, lfrancegorn@jonesday.com
Darya Sara Druch      darya@daryalaw.com
Alan M. Gill      agill@schuckitlaw.com, asmith@schuckitlaw.com
Roya Nafeie Graziano      rgraziano@jonesday.com, klsarshar@jonesday.com
William Eric Kennedy      willkennedy@pacbell.net
Christopher T. Lane      clane@schuckitlaw.com, asmith@schuckitlaw.com
John M. Sorich      jsorich@adorno.com
Sung-Min Christopher Yoo      cyoo@adorno.com, vdelgado@asands.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on June 4, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# SERVICE LIST

GERARD WYTMAN v EQUIFAX, et al, Case No: 5:08-cv-01134 JF

William Eric Kennedy
Law Offices of William E. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, CA 95050
Tel: 408-241-1000 — Fax: 408-241-1500
Email: willkennedy@pacbell.net
Attorney for Plaintiff **GERARD WYTMAN**

Rocio Herrera
John M. Sorich
Sung-Min Christopher Yoo
Adorno Yoss Alvarado & Smith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
Tel: 714-852-6800 — Fax: 714-852-6899
Email: jsorich@adorno.com
Email: cyoo@adorno.com
Attorneys for Defendant **CHASE HOME FINANCE**

Emily Elaine Booth
Roya Nafeie Graziano
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614
Tel: 949-851-3939 — Fax: 949-553-7539
Email: ebooth@jonesday.com
Email: rgraziano@jonesday.com
Attorneys for Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.**

Alan M. Gill
Christopher T. Lane
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Tel: 317-363-2400 — Fax: 317-363-2257
Email: agill@schuckitlaw.com
Email: clane@schuckitlaw.com
Attorneys for Defendant **TRANS UNION LLC**

1  Darya Sara Druch
   One Kaiser Plaza, Suite 480
2  Oakland, CA 94612
3  Tel: (510) 465-1788 — Fax: (510)874-7219
   Email: darya@daryalaw.com
4  Co-Counsel for Defendant **TRANS UNION LLC**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003332
Cashier ID: harwellt
Transaction Date: 06/06/2008
Payer Name: King and Spalding

---

PRO HAC VICE
For: Cara Hergenroether
Case/Party: D-CAN-5-08-AT-PROHAC-001
Amount: $210.00

---

CHECK
Check/Money Order Num: 502474
Amt Tendered: $210.00

---

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

Case # 08-cv-01134-JF

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.