RECEIVED

2008 JUN -6 PM 1:25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARD WYMAN,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC. and CHASE HOME FINANCE, LLC

    Defendants.

Case No. 5:08-CV-01134-JF

***ORDER GRANTING APPLICATION FOR ADMISSION OF
CARA HERGENROETHER
PRO HAC VICE***

27

    Cara Hergenroether, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5796, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
United States District Court Judge

- 3 -