UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gerard Wytman

                 Plaintiff(s),

Case No. C08-01134 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    v.

Chase Home Finance LLC, et al.,

                 Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/6/08

[Party] *Roy Kocs*
*Equifax Information Services LLC*

Dated: _____

[Counsel]