Roya N. Graziano (State Bar No. 239259)
rgraziano@jonesday.com
Emily Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN, | Case No. C-08-01134-PVT |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a )** |
| v. | |
| CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.. TRANS UNION LLC, | Complaint Filed: February 26, 2008 Trial Date: None Set Judge: Hon. Jeremy Fogel |
| Defendants. | |

Pursuant to Fed.R.Civ. 26(a)(1), Defendant Experian Information Solutions, Inc.

("Experian") makes the following disclosure of witnesses and documents based on the

information currently and reasonably available to defendant:

    A.    <u>Individuals Likely to Have Discoverable Information Supporting Experian's Defenses</u>

        1.    Gerard B. Wytman
                5966 Fishburne Avenue
                San Jose, California 95123

                Plaintiff Gerard Wytman has knowledge of the allegations and claimed damages set forth in the Complaint.

2.    Kimberly Hughes
Consumer Affairs Specialist
701 Experian Parkway
Allen, Texas  75013
c/o JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-3939

Ms. Hughes has knowledge of Plaintiff's contacts with Experian,
Plaintiff's Experian consumer relations file and Experian's consumer
assistance and reinvestigation procedures.

3.    David Browne
Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, California  92626
c/o JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-3939

Mr. Browne has knowledge of Experian's credit reporting
systems and procedures.

4.    Any credit grantor who Plaintiff alleges denied him credit or otherwise
injured Plaintiff purportedly due to information received from Experian.
Such credit grantors are believed to have knowledge and information as to
Plaintiff's credit applications, credit history, credit reports, and the reasons
for denying credit.

5.    Chase Home Finance
Address Unknown

Chase Home Finance is believed to have knowledge and information
relevant to the account at issue in this case.

B.    Documents Experian May Use to Support its Defenses

| Date | Description |
| --- | --- |
| 02/10/99 | Experian Consumer File Disclosure for Gerard Wytman. (10 pages) (Bates Nos. Exp/Wytman 0001-0010) |
| 12/06/99 | Experian Consumer File Disclosure for Gerard Wytman. (12 pages) (Bates Nos. Exp/Wytman 0011-0022) |
| 07/20/00 | Experian Consumer File Correction Summary for Gerard Wytman. (16 pages) (Bates Nos. Exp/Wytman 0023-0038)) |

2

Experian's Rule 26(a) Disclosures –
C-08-01134-PVT

| | | |
|---|---|---|
| 09/02/03 | Experian Consumer File Disclosure for Gerard Wytman. (20 pages) (Bates Nos. Exp/Wytman 0039-0058) | |
| 10/31/03 | Experian Consumer File Correction Summary for Gerard Wytman. (20 pages) (Bates Nos. Exp/Wytman 0059-0078) | |
| 09/16/05 | Experian Consumer File Disclosure for Gerard Wytman. (20 pages) (Bates Nos. Exp/Wytman 0079-0098) | |
| 10/12/05 | Experian Consumer File Disclosure for Gerard Wytman. (18 pages) (Bates Nos. Exp/Wytman 0099-0116) | |
| 04/12/06 | Correspondence from Gerard Wytman to Experian. (22 pages) (Bates Nos. Exp/Wytman 0117-0138) | |
| 04/14/06 | Correspondence from Gerard Wytman to Experian. (24 pages) (Bates Nos. Exp/Wytman 0139-0162) | |
| 05/09/06 | Correspondence from Experian to Gerard Wytman. (20 pages) (Bates Nos. Exp/Wytman 0163-0182) | |
| 07/22/06 | Correspondence from Experian to Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0183-0208) | |
| 02/09/07 | Experian Consumer File Disclosure for Gerard Wytman. (24 pages) (Bates Nos. Exp/Wytman 0209-0232) | |
| 03/09/07 | Correspondence from Experian to Gerard Wytman. (2 pages) (Bates Nos. Exp/Wytman 0233-0234) | |
| 03/09/07 | Correspondence from Gerard Wytman to Experian. (2 pages) (Bates Nos. Exp/Wytman 0235-0236) | |
| 03/09/07 | Correspondence from Experian to Gerard Wytman. (4 pages) (Bates Nos. Exp/Wytman 0237-0240) | |
| 03/13/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0241-0266) | |
| 04/16/07 | Correspondence from Gerard Wytman to Experian. (2 pages) (Bates Nos. Exp/Wytman 0267-0268) | |
| 05/01/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0269-0294) | |
| 07/03/07 | Correspondence from Gerard Wytman to Experian. (15 pages) (Bates Nos. Exp/Wytman 0295-0309) | |
| 08/28/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0310-0335) | |
| 09/06/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0336-0361) | |

| | | |
|---|---|---|
| 10/12/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0362-0387) | |
| 10/17/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0388-0413) | |
| 10/22/07 | Correspondence from Gerard Wytman to Experian. (78 pages) (Bates Nos. Exp/Wytman 0414-0491) | |
| 10/24/07 | Correspondence from Gerard Wytman to Experian. (2 pages) (Bates Nos. Exp/Wytman 0492-0493) | |
| 10/29/07 | Correspondence from Gerard Wytman to Experian. (2 pages) (Bates Nos. Exp/Wytman 0494-0495) | |
| 10/29/07 | Correspondence from Gerard Wytman to Experian. (2 pages) (Bates Nos. Exp/Wytman 0496-0497) | |
| 11/15/07 | Experian Consumer Investigation Results for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0498-0523) | |
| 12/07/07 | Correspondence from Gerard Wytman to Experian. (14 pages) (Bates Nos. Exp/Wytman 0524-0537) | |
| 12/12/07 | Correspondence from Experian to Gerard Wytman. (2 pages) (Bates Nos. Exp/Wytman 0538-0539) | |
| 12/13/07 | Experian Consumer Investigation Results for Gerard Wytman. (24 pages) (Bates Nos. Exp/Wytman 0540-563) | |
| 06/03/08 | Experian Consumer File Disclosure for Gerard Wytman. (26 pages) (Bates Nos. Exp/Wytman 0564-0589) | |

C.   **Damages**

Experian does not allege any damages at this time but reserves the right to do so. Further, Experian denies liability to Plaintiff for any damages.

D.   **Insurance**

Based on Experian's present insurance and applicable deductibles, no insurance carrier would be liable to satisfy part or all of any likely judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy any likely judgment.

Dated: June 11, 2008                                JONES DAY

By:   s/ Roya N. Graziano
Roya N. Graziano

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## PROOF OF SERVICE

I, **Kim L. Sarshar** declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On June 12, 2008, I deposited with Federal Express, a true and correct copy of the within documents:

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a )**

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

> William E. Kennedy
> Law Office of William E. Kennedy
> 2797 Park Avenue, Suite 201
> Santa Clara, California 95050
> Tel:    (408) 241-1000
> Fax:    (408) 241-1500

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 12, 2008 at Irvine, California.

Kim L. Sarshar