THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

CARA HERGENROETHER (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 PEACHTREE STREET
ATLANTA, GEORGIA 30309
Tel: (404) 215-5796
Fax: (404) 572-5100
Email: CHergenroether@kslaw.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD WYTMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; <br><br> Defendants. | Case No: C08-01134 JF <br><br> **JUDGE:** Hon. Jeremy Fogel <br><br> **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** <br><br> **Action Filed:** February 26, 2008 |

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Initial Case Management Conference before the Honorable Jeremy Fogel, currently set for June 20, 2008 at 10:30 a.m. via telephone, as follows:

5066495

- 1 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO
APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE
Case No: C08-01134 JF

1. It would be unduly burdensome and costly for Equifax's counsel to travel from Atlanta, Georgia to San Jose, California for the Initial Case Management Conference.

2. The telephonic appearance of Equifax's counsel will not prejudice any party and will not hamper the efficient running of the scheduling conference.

3. Plaintiff does not object to Equifax's request for consent to appear by telephone.

4. Therefore, Equifax respectfully requests leave to allow its counsel to appear at the Initial Case Management Conference via telephone.

DATED: June 16, 2008                    KING & SPALDING LLP

By: /s/ Cara Hergenroether
    Cara Hergenroether
    Thomas P. Quinn
    Attorneys for defendant EQUIFAX
    INFORMATION SERVICES LLC

IT IS SO ORDERED

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5066495                    - 2 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE
Case No: C08-01134 JF

# PROOF OF SERVICE

STATE OF GEORGIA
COUNTY OF FULTON

    I am employed in the County of Fulton, State of Georgia. I am over the age of 18 and not a party to the within action. My business address is 1180 Peachtree Street, Atlanta, Georgia, 30309

    On June 16, 2008, I served the foregoing document(s) described as **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

[ ]   **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

[ ]   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Atlanta, Georgia. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ]   **BY UNITED PARCEL SERVICE.** I caused such document to be deposited with the United Parcel Service at the offices of King & Spalding LLP for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by United Parcel Service delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Atlanta, Georgia in the ordinary course of business for delivery to the addressee.

[X]   **BY ECF.** On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

5066495

- 3 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

PROOF OF SERVICE
Case No: C08-01134 JF

1  William E. Kennedy, Esq.
    Law Office of William E. Kennedy
2   2797 Park Avenue, Suite 201
3   Santa Clara, CA 95050

4   Emily Elaine Booth, Esq.
    Jones Day
5   555 California Street, 26th Floor
6   San Francisco, CA 94104

7   Roya Nafeie Graziano, Esq.
    Jones Day
8   3 Park Plaza, Suite 1100
9   Irvine, CA 92614

10  Darya Sara Druch, Esq.
    Darya Law
11  1 Kaiser Plaza, Suite 4801
12  Oakland, CA 94612

13  Alan M. Gill, Esq.
    Christopher T. Lane, Esq.
14  Schuckit & Associates, P. C.
15  30th Floor Market Tower
    10 West Market Street, Suite 3000
16  Indianapolis, Indiana 46204

17

18  Executed on June 16, 2008, at Atlanta, Georgia.

19  [X]  I declare under penalty of perjury under the laws of the State of California that the
20       foregoing is true and correct.

21                          /S/ TERMICA L. LEWIS
                             TERMICA L. LEWIS
22

23

24

25

26

27

28

5066495
- 4 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

PROOF OF SERVICE
Case No: C08-01134 JF