## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 20, 2008
**Case Number:** CV-08-1134-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       GERARD WYTMAN   V.  CHASE HOME FINANCE,  ET AL

            PLAINTIFF                              DEFENDANT


**Attorneys Present:  William Kennedy**      **Attorneys Present: Christopher Yoo for Chase**
                                             Roya Graziano for Experian, Alan Gill for Trans Union
                                             Cara Hergenroether for Equifax

PROCEEDINGS:
   Case management conference held.  Parties are present.  Continued to 8/29/08 at 10:30 a.m. for further case management conference.