THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

CARA HERGENROETHER [*Pro Hac Vice*]
Georgia Bar No:  570753
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: chergenroether@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARD WYTMAN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, EQUIFAX<br>INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC;<br><br>                    Defendants. | Case No:  C08-01134 JF<br><br>**DEFENDANT EQUIFAX<br>INFORMATION SERVICES LLC'S<br>SUPPLEMENTAL CASE<br>MANAGEMENT STATEMENT** |

          COMES  NOW,  Equifax  Information  Services  LLC  ("Equifax"),  by  its  undersigned

counsel, and submits the following supplement to the Joint Case Management Statement filed on

June 16, 2008 and states as follows:

- 1 –

**7.      Disclosures**

Equifax has made its Rule 26 Initial Disclosures.

**8.      Discovery**

Equifax does not require any limitations on discovery.

Equifax has propounded written discovery on plaintiff and will need to depose Plaintiff. Equifax agrees with factual issues previously stated regarding the scope of discovery.

**12.      Settlement and ADR**

Equifax is agreeable to mediation.

**18.      Trial**

Equifax would agree to a court trial.  Equifax believes that a jury trial will require 3 to 5 days depending upon the number of parties.


Dated: August 22, 2008                    /s/ Cara L. Hergenroether
                                          CARA L. HERGENROETHER
                                          Attorneys for Defendant EQUIFAX
                                          INFORMATION SERVICES LLC

- 2 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
SUPPLEMENTAL CASE MANAGEMENT STATEMENT

Case No:  C08-01134 JF

**CERTIFICATE OF SERVICE**

GERARD WYTMAN v EQUIFAX, et al, CASE NO: C08-01134 JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On August 22, 2008, I served a true copy of the:

**DEFENDANTS EQUIFAX INFORMATION SERVICES LLC'S
SUPPLEMENTAL CASE MANAGEMENT STATEMENT**

[ ]    By personally delivering it to the persons(s) indicated below in the manner as provided in Fed.R.Civ.P. 5(B);

[ ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid:

[X]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


_/s/ Cara L. Hergenroether_____
CARA L. HERGENROETHER

Place of Mailing:  Atlanta, Georgia

Executed on August 22, 2008, at Atlanta, Georgia.

- 3 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
SUPPLEMENTAL CASE MANAGEMENT STATEMENT

Case No:  C08-01134 JF

**SERVICE LIST**

GERARD WYTMAN v EQUIFAX, et al, CASE NO: C08-01134 JF

William Eric Kennedy
Law Offices of William E. Kennedy
2797 Park Avenue
Suite 201
Santa Clara, CA 95050
Attorney for Plaintiff GERARD WYTMAN

Emily Elaine Booth
Roya Nafeie Graziano
Jones Day
3 Park Plaza
Suite 1100
Irvine, CA 92614
Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS

Alan M. Gill
Christopher T. Lane
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Attorneys for Defendant TRANS UNION, LLC

Darya Sara Druch
Darya S. Druch Attorney at Law
One Kaiser Plaza Ste 480
Oakland, CA 94612
Attorney for Defendant TRANS UNION, LLC

Rocio Herrera
John M. Sorich
Sung-Min Christopher Yoo
Adorno Yoss Alvarado & Smith
A Professional Corporation
1 MacArthur Corporation
Suite 200
Santa Ana, CA 92707
Attorneys for Defendant CHASE HOME FINANCE, LLC

- 4 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
SUPPLEMENTAL CASE MANAGEMENT STATEMENT

Case No:  C08-01134 JF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
SUPPLEMENTAL CASE MANAGEMENT STATEMENT

Case No:  C08-01134 JF