1 | Roya N. Graziano (State Bar No. 239259)
    rgraziano@jonesday.com
2 | JONES DAY
    3 Park Plaza, Suite 1100
3 | Irvine, CA 92614
    Telephone:  (949) 851-3939
4 | Facsimile:  (949) 553-7539

5 | Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>        Defendants. | Case No. C-08-01134-JF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**<br><br>Judge: Hon. Jeremy Fogel<br><br>Case Management Conference set for August 29, 2008, 10:30 a.m. |

LAI-2949523v1

DEFENDANT EXPERIAN'S MOTION FOR LEAVE TO APPEAR AT
SCHEDULING CONFERENCE VIA TELEPHONE – C-08-01134-PVT

1  COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), through its
2  undersigned counsel, and seeks leave of Court for its counsel to attend the Case Management
3  Conference before the Honorable Judge Jeremy Fogel, currently set for August 29, 2008 at 10:30
4  a.m. via telephone, as follows:

5      1.    It would be unduly burdensome and costly for Experian's counsel to travel from
6  Irvine, California to San Jose, California for the Initial Case Management Conference.

7      2.    The telephonic appearance of Experian's counsel will not prejudice any party and
8  will not hamper the efficient running of the scheduling conference.

9      3.    Plaintiff does not object to Experian's request for consent to appear by telephone.

10      4.    Therefore, Experian respectfully requests leave to allow its counsel to appear at the
11  Case Management Conference via telephone.

Dated: August 22, 2008                    JONES DAY


                                          By: s/ Roya N. Graziano
                                              Roya N. Graziano

                                          Attorneys for Defendant
                                          Experian Information Solutions, Inc.

LAI-2949523v1                             1

DEFENDANT EXPERIAN'S MOTION FOR LEAVE TO APPEAR AT
SCHEDULING CONFERENCE VIA TELEPHONE – C-08-01134-PVT

## CERTIFICATE OF SERVICE

1  I, Kim L. Sarshar, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614.

I hereby certify that on August 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

| | |
|---|---|
| John M. Solrich, Esq.<br>S. Christopher Yoo, Esq.<br>Rocio Herrera, Esq.<br>ADORNO YOSS ALVARADO & SMITH<br>A Professional Corporation<br>1 MacArthur Corporation, Suite 200<br>Santa Ana, CA 92707<br>E-mail: jsorich@adorno.com<br>E-mail: cyoo@adorno.com<br>E-mail: rherrera@adorno.com<br>*Attorneys for Chase Home Finance LLC*<br><br>William E. Kennedy, Esq.<br>LAW OFFICE OF WILLIAM E. KENNEDY<br>2797 Park Avenue, Suite 201<br>Santa Clara, CA 95050<br>E-mail: willkennedy@pacbell.net<br>*Attorneys for Gerard Wytman* | Alan M. Gill, Esq.<br>Christopher T. Lane, Esq.<br>SCHUCKIT & ASSOCIATES, P.C.<br>30th Floor Market Tower<br>10 West Market Street, Suite 3000<br>Indianapolis, IN 46204<br>E-mail: agill@schuckitlaw.com<br>*Attorneys for Trans Union, LLC*<br><br>Darya Sara Druch, Esq.<br>DARYA LAW<br>1 Kaiser Plaza, Suite 480<br>Oakland, CA 94612<br>E-mail: darya@daryalaw.com<br>*Attorneys for Trans Union, LLC*<br><br>Thomas P. Quinn, Esq.<br>NOKES & QUINN<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>E-mail: tquinn@nokesquinn.com<br>*Attorneys for Equifax Information Services, LLC*<br><br>Cara Hergenroether, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>E-mail: chergenroether@kslaw.com<br>*Attorneys for Equifax Information Services, LLC* |

LAI-2949523v1

1

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on August 22, 2008 at Irvine, California.

*Kim L. Sarshar*

Kim L. Sarshar