THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

**E-filed 8/25/08**

CARA HERGENROETHER (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 PEACHTREE STREET
ATLANTA, GEORGIA 30309
Tel: (404) 215-5796
Fax: (404) 572-5100
Email: CHergenroether@kslaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD WYTMAN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC;<br><br>　　　　Defendants. | Case No: C08-01134 JF<br><br>**JUDGE:** Hon. Jeremy Fogel<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**<br><br>**Action Filed:** February 26, 2008 |

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Initial Case

- 1 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO
APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE

Case No: C08-01134 JF

1  Management Conference before the Honorable Jeremy Fogel, currently set for August 29, 2008 at
2  10:30 a.m. via telephone, as follows:
3    1.    It would be unduly burdensome and costly for Equifax's counsel to travel from
4  Atlanta, Georgia to San Jose, California for the Initial Case Management Conference.
5    2.    The telephonic appearance of Equifax's counsel will not prejudice any party and
6  will not hamper the efficient running of the scheduling conference.
7    3.    Plaintiff does not object to Equifax's request for consent to appear by telephone.
8    4.    Therefore, Equifax respectfully requests leave to allow its counsel to appear at the
9  Case Management Conference via telephone.

11  DATED: August 22, 2008                              KING & SPALDING LLP

13                                                      By: /s/ Cara Hergenroether
14                                                          Cara Hergenroether
                                                            Thomas P. Quinn
15                                                          Attorneys for defendant EQUIFAX
                                                            INFORMATION SERVICES LLC

18  IT IS SO ORDERED
19  Dated:  8/25/08  _____

                                                      _____
                                                      UNITED STATES DISTRICT COURT JUDGE
                                                      Jeremy Fogel

- 2 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO
APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE

Case No:  C08-01134 JF

# CERTIFICATE OF SERVICE

GERARD WYTMAN v EQUIFAX, et al, CASE NO: C08-01134 JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On August 22, 2008, I served a true copy of the:

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Fed.R.Civ.P. 5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid:

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    /s/ Cara L. Hergenroether  
    CARA L. HERGENROETHER

Place of Mailing: Atlanta, Georgia

Executed on August 22, 2008, at Atlanta, Georgia.

- 3 –

PROOF OF SERVICE  
Case No: C08-01134 JF

# SERVICE LIST

GERARD WYTMAN v EQUIFAX, et al, CASE NO: C08-01134 JF

William Eric Kennedy
Law Offices of William E. Kennedy
2797 Park Avenue
Suite 201
Santa Clara, CA 95050
Attorney for Plaintiff GERARD WYTMAN

Emily Elaine Booth
Roya Nafeie Graziano
Jones Day
3 Park Plaza
Suite 1100
Irvine, CA 92614
Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS

Alan M. Gill
Christopher T. Lane
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Attorneys for Defendant TRANS UNION, LLC

Darya Sara Druch
Darya S. Druch Attorney at Law
One Kaiser Plaza Ste 480
Oakland, CA 94612
Attorney for Defendant TRANS UNION, LLC

Rocio Herrera
John M. Sorich
Sung-Min Christopher Yoo
Adorno Yoss Alvarado & Smith
A Professional Corporation
1 MacArthur Corporation
Suite 200
Santa Ana, CA 92707
Attorneys for Defendant CHASE HOME FINANCE, LLC