1  Roya N. Graziano (State Bar No. 239259)
   rgraziano@jonesday.com
2  JONES DAY
   3 Park Plaza, Suite 1100
3  Irvine, CA  92614
   Telephone:  (949) 851-3939
4  Facsimile:  (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

6

7

8             UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 GERARD WYTMAN,                          Case No. C-08-01134-JF

12           Plaintiff,                    **DEFENDANT EXPERIAN
                                           INFORMATION SOLUTIONS, INC.'S
13     v.                                  MOTION FOR LEAVE TO APPEAR
                                           AT CASE MANAGEMENT
14 CHASE HOME FINANCE LLC, EQUIFAX         CONFERENCE VIA TELEPHONE**
   INFORMATION SERVICES, LLC,
15 EXPERIAN INFORMATION SOLUTIONS,         Judge:  Hon. Jeremy Fogel
   INC., TRANS UNION LLC,
16                                         Case Management Conference set for
17           Defendants.                   August 29, 2008, 10:30 a.m.

18

...

28 LAI-2949523v1

DEFENDANT EXPERIAN'S MOTION FOR LEAVE TO APPEAR AT
SCHEDULING CONFERENCE VIA TELEPHONE – C-08-01134-PVT

1   COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), through its
2   undersigned counsel, and seeks leave of Court for its counsel to attend the Case Management
3   Conference before the Honorable Judge Jeremy Fogel, currently set for August 29, 2008 at 10:30
4   a.m. via telephone, as follows:

5       1.   It would be unduly burdensome and costly for Experian's counsel to travel from
6   Irvine, California to San Jose, California for the Initial Case Management Conference.
7       2.   The telephonic appearance of Experian's counsel will not prejudice any party and
8   will not hamper the efficient running of the scheduling conference.
9       3.   Plaintiff does not object to Experian's request for consent to appear by telephone.
10      4.   Therefore, Experian respectfully requests leave to allow its counsel to appear at the
11  Case Management Conference via telephone.

Dated: August 22, 2008                                JONES DAY

                                                      By:  s/ Roya N. Graziano
                                                           Roya N. Graziano

                                                      Attorneys for Defendant
                                                      Experian Information Solutions, Inc.

IT IS SO ORDERED.  8/25/08

                                                      Judge Jeremy Fogel, US District Court

LAI-2949523v1                             1

DEFENDANT EXPERIAN'S MOTION FOR LEAVE TO APPEAR AT
SCHEDULING CONFERENCE VIA TELEPHONE – C-08-01134-PVT

# CERTIFICATE OF SERVICE

I, Kim L. Sarshar, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614.

I hereby certify that on August 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

John M. Solrich, Esq.
S. Christopher Yoo, Esq.
Rocio Herrera, Esq.
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Corporation, Suite 200
Santa Ana, CA 92707
E-mail: jsorich@adorno.com
E-mail: cyoo@adorno.com
E-mail: rherrera@adorno.com
*Attorneys for Chase Home Finance LLC*

William E. Kennedy, Esq.
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, CA 95050
E-mail: willkennedy@pacbell.net
*Attorneys for Gerard Wytman*

Alan M. Gill, Esq.
Christopher T. Lane, Esq.
SCHUCKIT & ASSOCIATES, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, IN 46204
E-mail: agill@schuckitlaw.com
*Attorneys for Trans Union, LLC*

Darya Sara Druch, Esq.
DARYA LAW
1 Kaiser Plaza, Suite 480
Oakland, CA 94612
E-mail: darya@daryalaw.com
*Attorneys for Trans Union, LLC*

Thomas P. Quinn, Esq.
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
E-mail: tquinn@nokesquinn.com
*Attorneys for Equifax Information Services, LLC*

Cara Hergenroether, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
E-mail: chergenroether@kslaw.com
*Attorneys for Equifax Information Services, LLC*

LAI-2949523v1

1

PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 22, 2008 at Irvine, California.

*[signature]*
Kim L. Sarshar