# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 29, 2008
**Case Number:** CV-08-1134-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **GERARD WYTMAN   V.  CHASE HOME FINANCE,  ET AL**

|              **PLAINTIFF**              |              **DEFENDANT**              |

**Attorneys Present:  William Kennedy**          **Attorneys Present: Christopher Yoo for Chase**
Alan Gill for Trans Union

PROCEEDINGS:
Cara Hergenroether for Equifax

Further case management conference held.  Parties are present.  Continued to 10/31/08 at 10:30 a.m. for further case management conference.   The parties are referred to court mediation, to occur by 10/31/08.