**E-Filed 9/25/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>        Defendants. | Case Number C 08-01134 JF (PVT)<br><br>ORDER[1] GRANTING TRANS UNION, LLC'S MOTION TO WITHDRAW APPEARANCE OF ALAN M. GILL<br><br>[re: doc. no. 47] |

    The Court, having considered the motion of Defendant Trans Union, LLC ("Trans Union") to withdraw the appearance of Alan M. Gill as attorney for Trans Union, for good cause appearing therein, IT IS HEREBY ORDERED that Alan M. Gill be withdrawn as attorney for Trans Union and that Mr. Gill, at agill@schuckitlaw.com, be removed from the Court's ECF e-mail service list for this matter. The law firm of Schuckit & Associates remains counsel of record for Trans Union.

DATED: September 25, 2008

_____
JEREMY FOGEL
United States District Court

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-01134 JF (PVT)
ORDER GRANTING TRANS UNION, LLC'S MOTION TO WITHDRAW ETC.
(JFLC1)

1  This Order has been served upon the following persons:

2  Alan M. Gill     agill@schuckitlaw.com, asmith@schuckitlaw.com

3  Cara Lee Hergenroether     chergenroether@kslaw.com, equifaxecf@kslaw.com

4  Christopher T. Lane     clane@schuckitlaw.com, asmith@schuckitlaw.com

5  Darya Sara Druch     darya@daryalaw.com

6  Emily Elaine Booth     ebooth@jonesday.com, lfrancegorn@jonesday.com

7  John M. Sorich     jsorich@adorno.com

8  Rocio Herrera     rherrera@adorno.com

9  Roya Nafeie Graziano     rgraziano@jonesday.com, klsarshar@jonesday.com

10  Sung-Min Christopher Yoo     cyoo@adorno.com, vdelgado@asands.com

11  Thomas P. Quinn     yhoman@nokesquinn.com, tquinn@nokesquinn.com

12  William Eric Kennedy     willkennedy@pacbell.net

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28