RECEIVED
2008 SEP 30 PM 3
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

Gerard Wytman,

              Plaintiff(s),

v.

Chase Home Finance, LLC, et al.,

              Defendant(s).

CASE NO. 5:08-cv-01134-PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

William R. Brown , an active member in good standing of the bar of

see attached whose business address and telephone number

(particular court to which applicant is admitted)

is

Schuckit & Associates, P.C., 10 W. Market Street, Suite 3000, Indianapolis, IN 46204, tel. 317-363-2400,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/9/08

United States ~~Magistrate~~ District Judge

## Attachment to Application for Admission of Attorney *Pro Hac Vice* – William R. Brown

**State Bar Admissions:**

    Indiana
    New Jersey

**Federal Bar Admissions:**

    U.S. District Court for the Northern District of Illinois (General Bar)
    U.S. District Court for the Northern District of Indiana
    U.S. District Court for the Southern District of Indiana
    U.S. District Court for the Eastern District of Kentucky
    U.S. District Court for the Western District of Kentucky
    U.S. District Court for the Eastern District of Michigan
    U.S. District Court for the Western District of Michigan
    U.S. District Court for the District of New Jersey
    U.S. District Court for the Northern District of Ohio

**Other:**

    U.S. Court of Appeals for the Sixth Circuit