1  Christopher T. Lane, Esq. (Admitted *Pro Hac Vice*)
   Schuckit & Associates, P.C.
2  30th Floor, Market Tower
   10 W. Market Street, Suite 3000
3  Indianapolis, IN  46204
   Telephone:  317-363-2400
4  Fax:  317-363-2257
5  E-Mail:  clane@schuckitlaw.com

6  *Lead Counsel for Defendant Trans Union, LLC*

7  Darya S. Druch, Esq. (CSB #135827)
   One Kaiser Plaza, Suite 480
8  Oakland, CA  94612
9  Telephone:  510-465-1788
   Fax:  510-874-7219
10 E-Mail:  darya@daryalaw.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16 GERARD WYTMAN,                         ) CASE NO. 5:08-cv-01134-JF
17         Plaintiff,                     )
                                          ) Judge Jeremy Fogel
18     vs.                                )
                                          ) **STIPULATION AND ORDER**
19 CHASE HOME FINANCE LLC;                ) **EXTENDING MEDIATION**
   EQUIFAX INFORMATION SERVICES, LLC;     ) **DEADLINE 30 DAYS**
20 EXPERIAN INFORMATION SOLUTIONS, INC.;  )
21 and TRANS UNION LLC;                   )
           Defendants.                    )
22                                        )

23     The undersigned, counsel for all parties to this action, hereby stipulate and agree that the

24 October 31, 2008 mediation deadline set in this case be extended for a period of thirty days,
25
26 through and including November 28, 2008, pursuant to ADR Local Rule 6-5 and Local Rules 7-

27 1, 7-12 and 6-2.
   **STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS**
28 – 5:08-cv-01134-JF

In support of this request, the parties state as follows:

1. By Order filed August 29, 2008 [Doc. No. 46], the Court set a deadline for mediation in this case of October 31, 2008.

2. Michael Timpane was assigned as the Mediator to this case, by Notice Of Appointment Of Mediator, filed September 22, 2008 [Doc. No. 48].

3. Due to the Mediator's health problems, an Initial Mediation Conference could not be held until October 1, 2008.

4. At the Initial Mediation Conference, Mr. Timpane advised that he only had two available dates in October for scheduling the Mediation.

5. Neither of these dates was available for all parties and their counsel.

6. The parties and Mr. Timpane have tentatively scheduled Mediation in this matter for November 17, 2008.

7. Accordingly, the parties request that the deadline for completing mediation be extended by thirty days, through and including November 28, 2008, to accommodate the parties' agreed mediation date.

Pursuant to Local Rules, copies have been provided to the following:

Michael Timpane, Esq.
JAMS, The Resolution Experts
1255 Treat Boulevard, Suite 700
Walnut Creek, CA  94597

Kathleen Hanley, Senior Case Manager
JAMS, The Resolution Experts
1255 Treat Boulevard, Suite 700
Walnut Creek, CA  94597

U.S. District Court-ADR Unit
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS** – 5:08-cv-01134-JF

**STIPULATIONS:**

| | |
|---|---|
| *s/ William E. Kennedy (with consent)*<br>William E. Kennedy, Esq.<br>Law Office of William E. Kennedy<br>2797 Park Avenue, Suite 201<br>Santa Clara, CA  95050 | *s/ John M. Sorich (with consent)*<br>John M. Sorich, Esq.<br>S. Christopher Yoo, Esq.<br>Adorno Yoss Alvarado & Smith, P.C.<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA  92707 |
| *s/ Cara Hergenroether (with consent)*<br>Cara Hergenroether, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street N.E.<br>Atlanta, GA  30309-3521 | *s/ Roya N. Graziano (with consent)*<br>Roya N. Graziano, Esq.<br>Emily Booth, Esq.<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA  92614 |
| *s/ Christopher T. Lane*<br>Christopher T. Lane, Esq.<br>Schuckit & Associates, P.C.<br>30th Floor, Market Tower<br>10 W. Market Street, Suite 3000<br>Indianapolis, IN  46204 | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 10/9/08

~~Julian Abele Cook, Jr.~~ Jeremy Fogel
United States District Court Judge

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS** – 5:08-cv-01134-JF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **8th day of October, 2008**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| William E. Kennedy, Esq.<br>willkennedy@pacbell.net | Roya N. Graziano, Esq.<br>rgraziano@jonesday.com |
|---|---|
| Emily Booth, Esq.<br>ebooth@jonesday.com | Darya S. Druch, Esq.<br>darya@daryalaw.com |
| S. Christopher Yoo, Esq.<br>cyoo@asands.com | John M. Sorich, Esq.<br>jsorich@adorno.com |
| Cara Hergenroether, Esq.<br>chergenroether@kslaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following via First Class, U.S. Mail, postage prepaid, on the **8th day of October, 2008**, properly addressed as follows:

| Michael Timpane, Esq.<br>JAMS, The Resolution Experts<br>1255 Treat Boulevard, Suite 700<br>Walnut Creek, CA   94597 | Kathleen Hanley, Senior Case Manager<br>JAMS, The Resolution Experts<br>1255 Treat Boulevard, Suite 700<br>Walnut Creek, CA   94597 |
|---|---|
| U.S. District Court-ADR Unit<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 | |

        *s/ Christopher T. Lane*
        Christopher T. Lane, Esq.
         (Admitted *Pro Hac Vice*)
        Schuckit & Associates, P.C.
        30th Floor, Market Tower
        10 W. Market Street, Suite 3000
        Indianapolis, IN  46204
        Telephone:  317-363-2400
        Fax:  317-363-2257
        E-Mail:  clane@schuckitlaw.com

        *Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS** – 5:08-cv-01134-JF