**E-Filed 10/20/08**

JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>    Defendant. | CASE NO.: C08-01134 JF<br><br>JUDGE:    Hon. Jeremy Fogel<br>ORDER GRANTING<br>DEFENDANT CHASE HOME FINANCE LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE<br><br>Action Filed: February 26, 2008 |

COMES NOW defendant Chase Home Finance LLC ("Chase"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Case Management Conference before the Honorable Jeremy Fogel, currently set for October 31, 2008 at 10:30 a.m. via telephone, as follows:

1.    It would be unduly burdensome and costly for Chase's counsel to travel from Santa Ana, California to San Jose, California for the Initial Case Management Conference.

2.    The telephonic appearance of Chase's counsel will not prejudice any party and will not hamper the efficient running of the scheduling conference.

3.    Plaintiff does not object to Chase's request for consent to appear by telephone.

4.  Therefore, Chase respectfully requests leave to allow its counsel to appear at the Initial Case Management Conference via telephone.

DATED: October 16, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
Attorneys for defendant
CHASE HOME FINANCE LLC

Counsel is directed to contact CourtCall at 866-582-6878 to arrange for the telephonic appearance.

IT IS SO ORDERED

Dated: 10/17/08

_____
UNITED STATES DISTRICT COURT JUDGE

---

2

DEFENDANT CHASE HOME FINANCE LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE

CASE NO. C08-01134 JF

1055030.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On October 16, 2008, I served the foregoing document described as **DEFENDANT CHASE HOME FINANCE LLC'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 16, 2008, at Santa Ana, California.

*/s/ Rhonda K. White*
Rhonda K. White

1052761.1

PROOF OF SERVICE

# SERVICE LIST
## Gerard Wytman v. Chase Home Finance LLC, et al.
## USDC, Northern District Case No. C08-01134 JF

William E. Kennedy, Esq.
Law Office of William E. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, CA 95050

(408) 241-1000-telephone
(408) 241-1500-facsimile

willkennedy@pacbell.net

**Attorney for Plaintiff, Gerard Wytman**

Roya Nafeie Graziano, Esq.
Emily Elaine Booth, Esq.
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

(949) 553-7521-telephone
(949) 553-7539-facsimile

**Attorneys for Defendant, Experian Information Solutions, Inc.**

Darya Sara Druch, Esq.
Darya Law
1 Kaiser Plaza, Suite 480
Oakland, CA 94612

(510) 465-1788-telephone
(510) 874-7219-facsimile

darya@daryalaw.com

**Attorneys for Defendant Trans Union, LLC**

William R. Brown, Esq.
Christopher T. Lane, Esq.
Schuckit & Associates, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, Indiana 46204

(317) 363-2400-telephone
(317) 363-2257-facsimile

agill@schuckitlaw.com

**Attorneys for Defendant Trans Union, LLC**

Thomas P. Quinn, Esq.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651

(949) 376-3055-telephone
(949) 376-3070-facsimile

tquinn@nokesquinn.com

**Attorneys for Defendant, Equifax Information Services LLC**

Cara Hergenroether. Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

(404) 215-5796-telephone
(404) 572-5100-facsimile

**Attorneys for Defendant, Equifax Information Services LLC**

PROOF OF SERVICE

1052761.1