THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN                                    **E-Filed 10/29/08**
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

CARA HERGENROETHER (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 PEACHTREE STREET
ATLANTA, GEORGIA 30309
Tel: (404) 215-5796
Fax: (404) 572-5100
Email: CHergenroether@kslaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN, | ) CASE NO. 5:08-cv-01134-JF |
| Plaintiff, | ) |
| | ) Judge Jeremy Fogel |
| vs. | ) |
| | ) **STIPULATION AND ORDER** |
| CHASE HOME FINANCE LLC; | ) **RESETTING CASE** |
| EQUIFAX INFORMATION SERVICES, LLC; | ) **MANAGEMENT CONFERENCE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | ) **FOR NOVEMBER 21, 2008** |
| and TRANS UNION LLC; | ) |
| Defendants. | ) |
| | ) |

The undersigned, counsel for all parties to this action, hereby stipulate and agree that the October 31, 2008 Case Management Conference previously set in this case be reset for November 21, 2008, at a time to be determined by the Court.

In support of this request, the parties state as follows:

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS**
5:08-cv-01134-JF

1. By Order filed August 29, 2008 [Doc. No. 46], the Court set a further Case Management Conference in this case for October 31, 2008, to correspond with the mediation deadline of October 31, 2008 also set in that Order.

2. By Stipulation And Order Extending Mediation Deadline 30 Days entered October 14, 2008 [Doc. No. 54] the mediation deadline set in this case was extended for a period of thirty days, through and including November 28, 2008.

3. The parties and the assigned Mediator, Michael Timpane, have confirmed a Mediation date of November 17, 2008 in this matter.

4. Accordingly, the parties request that the Case Management Conference scheduled in this case be reset for November 21, 2008, at a time to be determined by the Court, consistent with the rescheduled date of the Mediation.

5. The parties further request that any party wishing to participate telephonically at the rescheduled Case Management Conference be granted leave to do so, upon oral notification of such an intent to the Court.

**STIPULATIONS:**

| | |
|---|---|
| *s/ William E. Kennedy (with consent)*<br>William E. Kennedy, Esq.<br>Law Office of William E. Kennedy<br>2797 Park Avenue, Suite 201<br>Santa Clara, CA  95050 | *s/ S. Christopher Yoo (with consent)*<br>John M. Sorich, Esq.<br>S. Christopher Yoo, Esq.<br>Adorno Yoss Alvarado & Smith, P.C.<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA  92707 |
| *s/ Cara Hergenroether*<br>Cara Hergenroether, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street N.E.<br>Atlanta, GA  30309-3521 | *s/ Roya N. Graziano (with consent)*<br>Roya N. Graziano, Esq.<br>Emily Booth, Esq.<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA  92614 |

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS**
5:08-cv-01134-JF

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Case Management Conference previously set in this matter for October 31, 2008 is reset for November 21, 2008 at __10_:30_ a_.m.  Counsel wishing to participate in the Conference telephonically may do so and should notify chambers of their intent to do so no later than November 19, 2008.  All telephonic appearances must be arranged by contacting Courtcall at 866-582-6878.

Date: ___10/29/08_____

_____
Jeremy Fogel
United States District Court Judge

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS**
5:08-cv-01134-JF

Page 3 of 5

**CERTIFICATE OF SERVICE**

GERARD WYTMAN v EQUIFAX, et al, CASE NO: C08-01134 JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the

County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On October 28, 2008, I served a true copy of the:

**STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE FOR NOVEMBER 21, 2008**

[ ]     By personally delivering it to the persons(s) indicated below in the manner as provided in Fed.R.Civ.P. 5(B);

[ ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid:

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Cara L. Hergenroether_____
CARA L. HERGENROETHER

Place of Mailing:  Atlanta, Georgia

Executed on October 28, 2008, at Atlanta, Georgia.

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS**
5:08-cv-01134-JF

**SERVICE LIST**

GERARD WYTMAN v EQUIFAX, et al, CASE NO: C08-01134 JF

William Eric Kennedy
Law Offices of William E. Kennedy
2797 Park Avenue
Suite 201
Santa Clara, CA 95050
Attorney for Plaintiff GERARD WYTMAN

Emily Elaine Booth
Roya Nafeie Graziano
Jones Day
3 Park Plaza
Suite 1100
Irvine, CA 92614
Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS

John M. Sorich
Sung-Min Christopher Yoo
Adorno Yoss Alvarado & Smith
A Professional Corporation
1 MacArthur Corporation
Suite 200
Santa Ana, CA 92707
Attorneys for Defendant CHASE HOME FINANCE, LLC

**STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE 30 DAYS**
5:08-cv-01134-JF