1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARD WYTMAN,<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>CHASE HOME FINANCE LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION LLC;<br>　　　　Defendants. | ) CASE NO. 5:08-cv-01134-JF<br>)<br>) Judge Jeremy Fogel<br>)<br>) **ORDER OF DISMISSAL WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

Plaintiff Gerard Wytman, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Gerard Wytman against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Gerard Wytman and Defendant Trans Union, LLC shall each bear their own costs and attorneysø fees.

Date: _11/13/08_____

_____
JUDGE, United States District Court,
Northern District of California, San Jose Division

**ORDER OF DISMISSAL WITH PREJUDICE** ó 5:08-cv-01134-JF

Page 1 of 2

DISTRIBUTION TO:

| | |
|---|---|
| William E. Kennedy, Esq. willkennedy@pacbell.net | Roya N. Graziano, Esq. rgraziano@jonesday.com |
| Emily Booth, Esq. ebooth@jonesday.com | Darya S. Druch, Esq. darya@daryalaw.com |
| S. Christopher Yoo, Esq. cyoo@asands.com | John M. Sorich, Esq. jsorich@adorno.com |
| Thomas P. Quinn, Esq. tquinn@nokesquinn.com | Cara Hergenroether, Esq. chergenroether@kslaw.com |
| Rocio Herrera, Esq. rherrera@adorno.com | William R. Brown, Esq. wbrown@schuckitlaw.com |
| Christopher T. Lane, Esq. clane@schuckitlaw.com | |

**ORDER OF DISMISSAL WITH PREJUDICE** ó 5:08-cv-01134-JF